**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| XINPU XU, | ) | Case No. ED CV 26-00843 FMO (AYP) |
| Petitioner, | ) | |
| v. | ) | **ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |
| FERETI SEMAIA, <u>et</u> <u>al.</u>, | ) | |
| Respondents. | ) | |

On March 24, 2026, the court granted petitioner's application for a preliminary injunction. (Dkt. 14, Court's Order of March 24, 2026, at 3). In the same order, the court ordered the parties to meet and confer to determine what issues remain to be resolved with respect to the Petition. (See <u>id.</u>). If the parties agreed that there was nothing further for the court to decide, they were ordered to file a stipulation and proposed dismissal order no later than April 2, 2026. (<u>Id.</u>). If the parties disagreed as to the remaining issues, then the parties were required to file a joint status report that identifies those issues, state what briefing they would rely on, propose a schedule for any additional briefing, and indicate whether they consent to a Magistrate Judge for all purposes. (See <u>id.</u>). The parties' joint status report was also due no later than April 2, 2026. (<u>Id.</u>). The court also admonished the parties that "[i]f the parties do not file a stipulation or joint status report by the deadlines . . . the court will deem that as consent that no further relief is available and dismiss the case without prejudice." (<u>Id.</u> at 4).

The parties did not file a stipulation or joint status report by the deadline.  (See, generally, Dkt.).   The court treats this as consent that no further relief is available.   Accordingly, IT IS ORDERED THAT the above-captioned case is **dismissed without prejudice**.   Judgment shall be entered accordingly.

Dated this 10th day of April, 2026.

/s/
Fernando M. Olguin
United States District Judge