JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XINPU XU, | Case No. ED CV 26-00843 FMO (AYP) |
|       Petitioner, | |
|       v. | **JUDGMENT** |
| FERETI SEMAIA, et al., | |
|       Respondents. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 10th day of April, 2026.

/s/
Fernando M. Olguin
United States District Judge